FILED

**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

2016 MAY 20  PM 3: 33

MIDDLE DIST...
ORLANDO, FL

OY AJAT LTD.,

             Plaintiff,

             v.

GENORAY CO. LTD., a South Korean
company,
GENORAY AMERICA, INC., a California
company and PROFESSIONAL SALES AND
CONSULTANT GROUP, INC., a Florida
company

             Defendants.

Civil Action No.
6:16-CV-869-ORL-37-DAB

**INJUNCTION RELIEF**
**REQUESTED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Oy Ajat Ltd. ("Ajat"), for its Complaint against defendants Genoray Co. Ltd.,

Genoray America, Inc. (hereinafter collectively "Genoray" unless otherwise specified), and

Professional Sales and Consultant Group, Inc. ("PSC") alleges as follows:

### THE PARTIES

1.    Plaintiff Oy Ajat Ltd. is a Finnish corporation with its principal place of

business at Tekniikantie 4 B, 02150 Espoo, Finland and is the owner of the Patents-in-suit.

2.    Upon information and belief, defendant Genoray Co. Ltd. is a South Korean

corporation with its principal place of business at 512 Byucksan, Technopia 434-6,

Sangdaewon 1-Dong, Jungwon-Gu, Seongnam, South Korea.

3.    Defendant Genoray America, Inc. is a California corporation with its principal

place of business at 3002 Dow Ave., Ste. 420, Tustin, California 92780.

4.      Defendant Professional Sales and Consultant Group, Inc. is a Florida corporation with its principal place of business at 1101 Central Park Drive, Sanford, FL 32771.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 101 *et seq.*

6.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.      The Genoray entities and PSC conduct business in this judicial district and have committed the acts complained of in this judicial district.

8.      Venue lies in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## BACKGROUND

9.      Ajat is a Finnish company that designs, develops, and manufactures sensors for dental x-ray imaging systems.

10.     Ajat is the assignee of and holds all rights title and interest to U.S. Patent Nos. 7,154,100 B2 (the '100 Patent); 7,336,763 B2 (the '763 Patent), and 8,530,850 B2 (the '850 Patent) (collectively the "Patents-in-suit").

11.     The '100 Patent is titled "Switching/Depolarizing Power Supply for a Radiation Imaging Device" and discloses and claims an x-ray imaging system that includes a voltage switching power supply capable of depolarizing the x-ray detector used in the system.

12.     The '763 Patent is titled "Dental Extra-Oral X-Ray Imaging System and Method" and discloses and claims a system for dental imaging using multiple image frames.

2

13.    The '850 Patent is titled "High Energy, Real Time Capable, Direct Radiation Conversion X-Ray Imaging System for CD-TE and CD-ZN-TE Base Cameras" and discloses and claims an x-ray imaging device with specific calibration and correction features.

14.    On information and belief, Genoray Co. Ltd. sells and offers to sell in the U.S. and, in conjunction with its subsidiary, imports into the U.S. dental imaging products including the Papaya and Papaya Plus dental x-ray imaging products which infringe the Patents-in-suit.

15.    On information and belief, Genoray America, Inc. is a subsidiary of or controlled by Genoray Co. Ltd.  Genoray America Inc. imports, sells, and offers to sell dental imaging products which infringe the Patents-in-suit and sells them to U.S. customers who use the products.

16.    Genoray Co. Ltd. and Genoray America, Inc. utilize a common website to offer the accused infringing products for sale in the United States. The common website identifies Genoray America, Inc. as a unit of Genoray Co. Ltd.'s overseas sales team.  Purchase inquiries to Genoray America, Inc. are sent to "inquiry@genoray.com".

17.    Genoray America Inc. advertises itself as unified with Genoray Co. Ltd. on a website copyrighted by Genoray Co. Ltd.  The Genoray America sales advertisement is signed by Mr. Byung Uk Park, the Genoray Co. Ltd. CEO.  Both Genoray entities are commonly referred to as the "Company."

18.    Genoray America Inc. actively seeks dealers and distributors throughout the United States for its dental imaging products.   Although the total number of its dealers/distributors in Florida is not known, Ajat has identified at least three dealer/distributors in Florida, each of which is offering to sell and is selling the accused infringing products.

19.    PSC sells and offers to sell the accused Papaya and Papaya Plus dental x-ray

imaging products.  PSC describes itself as "Florida's most experienced Dental Equipment Sales and Services Professionals" and advertises that through its main office and its two satellite offices in Pompano Beach and Pembroke Park, Florida, it covers all areas of Florida. PSC is currently conducting a special sales promotion for the accused Genoray Papaya & Papaya Plus products.

20.     Coastal Dental Supply of Alva, Florida, sells and offers to sell the accused Genoray Papaya and Papaya Plus dental x-ray imaging products.

21.     IDS (International Dental Supply) of Hialeah, Florida and Genoray sells and offers to sell the accused Genoray Papaya and Papaya Plus in Florida and ships these products from its Florida location to customers and users in Florida and in other States.

22.     Genoray and IDS jointly rent an exhibition booth for the accused infringing products at the annual convention of the Florida Dental Association.

23.     Genoray Co. Ltd. regularly rents exhibition space and attends the Florida International Medical Expo in Miami which is the largest international medical event in the United States and is attended by 20,000 medical industry professionals.

### INFRINGEMENT OF THE '100, '763, and '850 PATENTS UNDER 35 U.S.C., 271(a), (b) AND (c)

24.     Genoray's Papaya and Papaya Plus dental x-ray imaging systems are examples of infringing products.

25.     Genoray Co. Ltd. is offering to sell and importing into the United States devices that infringe literally or through the doctrine of equivalents, one or more claims of each Patent-in-suit and has induced third party infringement and/or contributed to third party infringement of one or more claims of each Patent-in-suit.

26.     Genoray America, Inc. has been selling, offering to sell, using, and/or importing into the United States products that infringe literally or through the doctrine of equivalents, one or more claims of each Patent-in-suit and has induced third party infringement or contributed to third party infringement of one or more claims of each Patent-in-suit.

27.     PSC Group Inc. has been selling and offering to sell products that infringe literally or through the doctrine of equivalents, one or more claims of the Patents-in-suit and has induced third party infringement.

28.     Purchasers of the Papaya and Papaya Plus devices use, offer to sell, or sell the devices and thereby directly infringe the Patents-in-suit.

29.     The Papaya and Papaya Plus have no substantial non-infringing uses.

30.     Defendant Genoray Co. Ltd., which is the ultimate parent or controlling entity of Genoray America, Inc., was notified of its infringement of the Patents-in-suit by letter dated April 17, 2015.

31.     Notwithstanding such notification the Genoray entities have persisted in selling, offering to sell, using, or importing the infringing products into the United States, and have induced purchases and use of the accused products, which infringe one or more claims of the Patents-in-suit.

32.     Defendants' acts of infringement have caused damage to Plaintiff in an amount to be determined at trial.

33.     Defendants' infringement of the Patents-in-suit is causing irreparable harm to Plaintiff, for which there is no adequate remedy at law.   Defendants' infringement will continue, and will continue to cause irreparable harm to Plaintiff, unless Defendants' infringement is enjoined by this Court.

34.     The Genoray defendants' infringement of the Patents-in-suit is willful, entitling Plaintiff to enhanced damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35 U.S.C. § 285.

### RELIEF REQUESTED

WHEREFORE, Plaintiff Oy Ajat Ltd. requests this Court to enter judgment against Genoray Co. Ltd., Genoray America, Inc., and Professional Sales and Consultant Group, Inc. ("PSC"), and any parent corporation, subsidiary, affiliate, agent, employees and all persons in active concert or participation with each defendant and to grant the following relief.

A. A judgment that the defendant Genoray Co. Ltd. has infringed U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850.

B. A judgment that the defendant Genoray America, Inc. has infringed U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850.

C. A judgment that the defendant PSC has infringed U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850.

D. A permanent injunction against further infringement of U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850 by defendants Genoray Co. Ltd., Genoray America, Inc., and PSC and all those in active concert or participation with them.

E. An award of damages to plaintiff adequate to compensate it for the infringement that has occurred, together with prejudgment interest, including damages for infringement of the Patents-in-suit from the date of notice.

F. An accounting of each defendant's sales and profits.

G. All other damages permitted by 35 U.S.C. § 284; including enhanced damages for the defendants' willful infringement of each Patent-in-suit.

H. A finding that this case is exceptional and an award to plaintiff of attorney's fees and costs as provided by 35 U.S.C. § 285.

I.   Such other relief as may be just and equitable.

Dated: May 20, 2016

By:___/s/Ryan T. Santurri_____
Ryan T. Santurri,
Florida Bar No. 015698
rsanturri@addmg.com
ALLEN, DYER, DOPPELT,
MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, #1401
Orlando, FL  32801
Telephone:    Telephone:    (407) 841-2330
Facsimile:    Facsimile:    (407) 841-2343
Local Counsel for Plaintiff Oy Ajat Ltd.

Douglas V. Rigler (pro hac vice motion to be filed)
drigler@young-thompson.com
Jeffrey M. Goehring (pro hac vice motion to be filed)
jgoehring@young-thompson.com
YOUNG & THOMPSON
209 Madison Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 521-2297
Facsimile: (703) 685-0573

Trial Counsel for Plaintiff Oy Ajat Ltd.