## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*

- the (date) _____ 2016. 7. 1. _____
- at (place, street, number) _____ 성남시 중원구 둔촌대로 560(상대원동, 벽산테크노피아아파트형공장) _____
  512 제노레이 박병욱(Byung Uk Park)

- in one of the following methods authorised by article 5 :

*a)* in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of article 5 of the Convention*

The documents referred to in the request have been delivered to :

- (identity and description of person)
  _____ 정다운 _____

- relationship to the addressee (family, business or other) :
  _____ 사무원(business) _____

*Annexes*
Documents returned :

_____

In appropriate cases, documents establishing the service :
  _____ 우편송달통지서 _____

Done at _____ 수원지방법원 성남지원 _____

the _____ 2016. 7. 8. _____

Signature and/or stamp

수원지방법원 성남지원 ○○과
법원주사 임 승 원

* Delete if inappropriate.

# 사건별 송달현황

재판부 : 사법공조                                    [출력일: 2016. 7. 8. 11:34]

| 구분 | 송달현황 | 송달결과 |
|------|----------|----------|

## ▶[2016러17]

| 송달물 | 국내헤이그송달촉탁서류 | | |
|--------|-------------------------|---|---|
| 생성일·방법 | 생성:2016.06.28 | 우편송달 | |
| 송달받을자·주소 | 피신청인1 주식회사 제노레이 | 성남시 중원구 둔촌대로 560 (상대원동, 벽산테크노피아아파트형공장) 512 제노레이 박병욱 (Byung Uk Park) | 송달:2016.07.01 |
| 수령인·장소 | 사용자/종업원(직장동료) 정다운 | [성남시 중원구 둔촌대로 560 (상대원동, 벽산테크노피아아파트형공장) 512 제노레이 박병욱 (Byung Uk Park)] | [성남/고효석] |

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeffrey M. Goehring<br>Young & Thompson<br>Suite 500<br>Alexandria, VA 22314<br>United States<br>703-521-2297 | National Court Administration<br>Attn.: Director of International Affairs<br>Seocho-daero 219,<br>Seocho-gu,<br>SEOUL 137-750<br>Republic of Korea |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous*
*énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au*
*destinataire, à savoir:*
(identité et adresse)

Genoray Co. Ltd., Attn.: Byung Uk Park, CEO, 512 Byuckstan, Technopia 434-6
Sandeawon 1-Dong Jungwon-Gu, Seongnam, REPUBLIC OF KOREA, 82-31-740-410

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
    ~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
    ~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec*
*l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Complaint for Patent Infringement
Summons in a Civil Action

Done at Alexandria, Virginia, USA , the June 3, 2016
*Fait à*         *, le*

Signature and/or stamp
*Signature et/ou cachet*

*Jeffrey M. Goehring* (signature)

---

*Delete if inappropriate
*Rayer les mentions inutiles*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    – the (date) – *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)*

    _____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

      ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5. alinéa premier, lettre a)*

      ☐ (b) in accordance with the following particular method:
        *b) selon la forme particulière suivante:* _____

      ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

    - (identity and description of person)
    - *(Identité et qualité de la personne)*

    _____

    - relationship to the addressee family, business or other
    - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

    _____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _____ , the _____
*Fait à* _____ *, le* _____

Signature and/or stamp
*Signature et/ou cachet*

_____

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Jeffrey M. Goehring, Young & Thompson, Suite 500, Alexandria, VA 22314

**Particulars of the parties:**
*Identité des parties:*

Oy Ajat, Ltd., Tietotie 3, Espoo, Finland

**JUDICIAL DOCUMENT**
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Process for Complaint for Patent Infringement pursuant to Fed. R. Civ. P. 4.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil action for damages and other relief arising out of Patent Infringement.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

United States District Court for the Middle Distrcit Florida, Orlando Division, within 21 days after service.

~~**Court which has given judgment\*\*:**~~
~~*Juridiction qui a rendu la décision:*~~

~~**Date of judgment\*\*:**~~
~~*Date de la décision:*~~

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

Within 21 days after service of these documents.

~~**EXTRAJUDICIAL DOCUMENT**~~
~~*ACTE EXTRAJUDICIAIRE*~~

~~**Nature and purpose of the document:**~~
~~*Nature et objet de l'acte:*~~

~~**Time limits stated in the document:\*\***~~
~~*Indication des délais figurant dans l'acte:*~~

AO 440 (06/12 개정) 민사 소송 소환장

---

플로리다 중부 지방

# 미연방 지방 법원

| | |
|---|---|
| Oy Ajat Ltd | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _원고_ | ) |
| | ) |
| 대. | 민사소송 제 6:16cv869-ORL-37 DAB 호 |
| | ) |
| ㈜제노레이 | ) |
| 제노레이 아메리카 | ) |
| 프로페셔널 세일즈 앤드 컨설턴트 그룹 | ) |
| | ) |
| _피고_ | ) |

### 민사소송 소환장

수신: *(피고 성명 및 주소)*    ㈜제노레이

대한민국 경기도 성남시 중원구 상대원 1 동

434-6 벽산 테크노피아 512 호

82-31-740-410

귀하를 상대로 소송이 제기되었습니다.

귀하에게 본 소환장이 송달된 21 일 이내에(송달일 제외) — 귀하가 연방 정부, 또는 연방 정부 기관, 연방 민사 소송 규칙 12 조 (a)(2) 또는 (3)항에 규정된 공무원 또는 직원인 경우 60 일 이내—원고에게 첨부된 고소 내용에 대한 답변서 또는 연방 민사 소송 규칙 12 조에 의거한 동의서를 송달하여야 합니다. 답변 또는 동의서는 반드시 다음의 성명 및 주소의 원고 또는 원고측 변호인에게 송달되어야 합니다.

Douglas V. Rigler
Jeffrey M. Goehring
YOUNG & TOMPSON
209 Madison Street, Suite 500
Alexandria, Virginia 22314
703-521-2297

답변하지 않을 경우, 궐석 재판에 의하여 소장에서 요구된 사항 대로 귀하에게 불리한 판결이 내려질 것입니다. 답변서 또는 동의서를 법원에 반드시 접수해야 합니다.

*법원 서기*

일자: May 20, 2016

_____                    _____

*서기 또는 서기보 서명*

# 미연방 지방 법원

## 플로리다 중부 지방

## 올란도 지원

접수 2016 년 5 월 20 일 오후 3 시 33 분

OY AJAT LTD.,

원고

대

㈜ 제노레이, 대한민국 기업
제노레이 아메리카, 캘리포니아 기업
프로페셔널 세일즈 앤드 컨설턴트 그룹 플로리다 기업

피고

**민사소송 제 6:16-cv-869-ORL-37-DAB 호**

**금지 처분 명령 요청**

---

### 특허 침해 소송

원고 Oy Ajat Ltd. ("아자트")는 피고 ㈜제노레이, 제노레이 아메리카 (이하 별다른 표시가 없는 한 "제노레이"로 통칭) 및 프로페셔널 세일즈 앤드 컨설턴트 그룹 ("PSC")을 상대로 소송을 제기함에 있어 다음과 같이 주장한다.

### 당사자

1.  원고 Oy Ajat Ltd. 는 핀란드 기업으로 Tekniikantie 4 B, 02150 Espoo, Finland 에 주사무소를 두고 있으며, 본 소송 특허의 소유권자이다.

2.  정보를 신뢰한다면, 피고 ㈜제노레이는 대한민국 기업으로 경기도 성남시 중원구 상대원 1 동 434-6 벽산 테크노피아 512 호에 주사무소를 두고 있다.

3.  피고 제노레이 아메리카는 캘리포니아 기업으로 3002 Dow Ave., Ste. 420, Tustin, California 92780 에 주사무소를 두고 있다.

1

4.  피고 프로페셔널 세일즈 앤드 컨설턴트 그룹은 플로리다 기업으로 1101 Central Park Drive,

Sanford, FL 32771 에 주사무소를 두고 있다.

### 사법 관할권 및 관할 법원

5.  본 소송은 특허 침해에 대하여 미 연방 특허법 35 조 101 항 및 이하 조항에 의거하여

제기하는 조치이다.

6.  본 법정은 연방법 28 조 1331 및 1338(a)에 의거하여 사물 관할권을 가진다.

7.  제노레이 등과 PSC 는 본 사법 관할 지역에서 사업을 수행하고 있으며, 본 재판구 내에서

소송의 원인이 되는 행위를 저지른 바 있다.

8.  관할 법정은 연방법 28 조 1391(b), (c), 1400(b)항에 따라 본 재판구 내에 소재하고 있다.

### 배경

9.  아자트는 치과적 X-레이 영상 시스템에 사용하는 센서를 설계, 개발, 제조하는 핀란드

기업이다.

10. 아자트는 미국 특허 제 7,154,100 B2 호(제 '100 번 특허), 제 7,336,763 B2 호(제 '763 번

특허), 그리고 제 8,530,850 호(제 '850 번 특허) (통칭하여 "소송 중인 해당 특허")에 대한 모든

권리와 이익의 양수인이자 소유권자이다.

11. 제 '100 번 특허는 "방사선 영상 기기를 위한 전환 및 감극 전원 공급 장치"라는 표제 하에,

시스템에 사용된 X-레이 감지기를 감극할 수 있는 전압 전환 전원 공급 장치를 주요 내용으로 X-

레이 영상 시스템을 고지 및 등록하고 있다.

12. 제 '763 번 특허는 "치과적 악외용 X-레이 영상 시스템 및 사용법"이라는 표제 하에, 다중

영상 프레임을 사용한 치과적 촬영을 위한 시스템을 고지 및 등록하고 있다.

사건 6:16-cv-00869-RBD-DAB 제 l 문서 접수 2016 년 5 월 29 일 3/7 페이지 페이지 ID 3

13. 제 '830 번 특허는 "CD-TE 및 CD-ZN-TE 기반 카메라에 사용되는 고에너지, 실시간,

직교방사선 전환 X-레이 영상 시스템"이라는 표제 하에, 특수 논금 및 보정 기능을 갖춘 X-레이 영상

기기를 교시 및 등록하고 있다.

14. 정보를 신뢰한다면, ㈜제노레이는 미국에서 판매 및 판매 제안 활동을 하며, 자회사와

연계하여 미국으로 수입하는 치과 영상 제품 가운데 하나인 파파야 및 파파야 플러스 치과 X-레이

영상 기기 제품이 소송 중인 해당 특허를 침해한다.

15. 정보를 신뢰한다면, 제노레이 아메리카는 ㈜제노레이의 자회사이거나 ㈜제노레이가

지배하는 회사이다. 제노레이 아메리카는 소송 중인 해당 특허를 침해하는 치과 영상 기기 제품을

수입, 판매, 판매 제안을 하며, 해당 제품을 사용하는 미국 고객에게 판매한다.

16. 제노레이 주식회사와 제노레이 아메리카는 특허 침해 협의를 받고 있는 제품들의 판매를

제안하기 위하여 일반 웹사이트를 운영하고 있다. 해당 일반 웹사이트는 제노레이 아메리카를

㈜제노레이의 해외영업팀 단위로 밝히고 있으며, 제노레이 아메리카로 보내는 구매 질의는

"inquiry@genoray.com"으로 전송된다.

17. ㈜제노레이가 저작권을 소유한 웹사이트에서제노레이 아메리카는 ㈜제노레이와 통합된

회사로 당 회사를 선전한다. 제노레이 아메리카 판매 광고는 ㈜제노레이의 최고경영자인

박병욱이 서명하였다. 제노레이의 양 사업체는 일반적으로 "회사"라고 호칭된다.

18. 제노레이 아메리카는 해당 치과 영상 제품을 취급할 중개 및 유통업소를 미국 전역에서

적극적으로 물색한다. 물색하려 할 때 해당 중개 및 유통업소의 총 숫자는 알려지지 않았지만,

아래트도 최소 3 곳의 중개 및 유통업소를 찾아내셨으며, 3 곳 모두 특허 침해 협의를 받고 있는

제품들의 판매를 제안하거나 현재 판매하고 있다.

19. PSC 는 협의를 받고 있는 해당 파파야 및 파파야 플러스 치과용 X-레이 영상 기기

제품들을 판매 및 판매 시도를 한다. PSC 는 당 회사를 "플로리다 최고의 경험을 갖춘 치과 기기

판매 및 서비스 전문 업체"로 기술하며 본사와 플로리다에 있는 Pompano Beach 와 Pembroke

Park 에 위치한 두 개의 지사 사무실을 통하여 플로리다 전역에서 활동하고 있음을 광고한다.

PSC 는 현재 소가 제기된 제노레이 파파야 및 파파야 플러스 제품에 대해 특별 판촉 행사를

진행하고 있다.

사건 6:16-cv-00869-RBD-DAB 제 1 문서 접수 2016 년 5 월 29 일 5/7 페이지 페이지 ID 5

20. 플로리다 Alva 에 위치한 Coastal Dental Supply 는 소가 제기된 파파야 및 파파야 플러스 치과 X-레이 영상 기기를 판매 및 판매하려고 제안하고 있다.

21. 플로리다 Hialeah 에 있는 IDS(International Dental Supply: 국제 치과 재료)와 치노 테라이는 소가 제기된 치노 테라이 파파야 및 파파야 플러스를 플로리다에서 판매 및 판매하려고 제안하며, 이들 제품을 플로리다 사업장에서 플로리다 및 타주에 있는 고객들에게 배송한다.

22. 치노 테라이와 IDS 는 플로리다 치과 협회의 연례 컨벤션에서 전시 부스를 임차하여 위반 혐의품을 받고 있는 제품을 전시한다.

23. (주)치노 테라이는 마이애미에서 열리는 플로리다 국제 의료 엑스포(the Florida International Medical Expo)에 정기적으로 전시 공간을 임차하여 참여한다. 이 행사는 2 만 여명의 의료계 전문가가 참여하는 미국 최대의 국제 의료 행사이다.

**연방법 35 조 271(a), (b), (c)항 하에 제 '100 번, 제 '763 번 특허와 제 '850 번 특허 침해**

24. 치노 테라이의 파파야 및 파파야 플러스 치과용 X-레이 영상을 위한 제품에 속한다.

25. (주)치노 테라이는 소송 중인 특허의 하나 이상의 사항을 문자 그대로 또는 그에 준하는 정도로 침해하는 기기를 판매 제안 및 수입하고 있으며, 제 3 자로 하여금 소송 중인 특허의 하나 이상의 사항을 침해하도록 특허 유도 및 기조해왔다.

26. 제노레이 아메리카는 소송 중인 특허의 하나 이상의 사항을 문자 그대로 또는 그에 준하는 정도로 침해하는 기기들을 판매, 판매 제안 및 수입해왔으며, 제 3 자로 하여금 소송 중인 특허의 하나 이상의 사항을 침해하도록 유도 및 일조해왔다.

27. PSC 그룹은 소송 중인 특허의 하나 이상의 사항을 문자 그대로 또는 그에 준하는 정도로 침해하는 기기들을 판매 및 판매 제안해왔으며, 제 3 자로 하여금 소송 중인 특허의 하나 이상의 사항을 침해하도록 유도해왔다.

28. 파파야 및 파파야 플러스 기기의 구매자들은 해당 기기를 사용, 판매 제안 또는 판매하여 소송 중인 특허를 직접적으로 침해한다.

29. 파파야 및 파파야 플러스는 특허를 침해하지 않는 중요한 용도가 없다.

30. 제노레이 아메리카 법인의 궁극적인 모회사이거나 이 회사를 지배하고 있는 피고 ㈜제노레이는 2015 년 4 월 17 일자 공문으로 소송 중인 특허 침해 사실을 통지 받았다.

31. 그러한 통지에도 불구하고, 제노레이 각 법인은 특허를 침해하는 해당 제품들을 판매, 판매 제안, 미국으로 수입하는 행위를 지속하였으며, 소송 중인 특허의 하나 이상을 침해하는 해당 혐의 제품의 구매 및 사용을 유도하였다.

32. 피고인들의 특허 침해 행위는 재판에서 결정될 금액만큼 원고에게 피해를 초래하였다.

33. 소송 중인 특허에 대한 각 피고의 침해 행위는 원고에게 막대한 손해를 초래하고 있어서 법에 따라 적당한 구제책이 없다. 각 피고의 침해 행위는 법원이 금할 때까지 계속될 것이며, 원고에게 계속하여 막대한 손해를 초래할 것이다.

사건 6:16-cv-00869-RBD-DAB 제 1 문서 접수 2016 년 5 월 29 일 7/7 페이지 페이지 ID 7

34. 소송 중인 특허에 대한 제노 레이 이 각 피고의 침해 행위는 고의적이므로, 원고는 연방법

35 조 284 항에 규정된 가중 손해 및 같은 법 35 조 285 항 변호인 비용 및 법과세 비용에 해당함을

주장한다.

## 치료 요청 사항

이러한 이유로 원고 Oy Ajat Ltd.는 법원이 ㈜제노 레이, 제노 레이 아메리카, 프로페셔널

세일즈 앤드 컨설턴드 그룹 (PSC) 및 각 피고와 직·간접으로 협력 또는 가담하고 있는 모든 모회사,

자회사, 계열사, 중개사, 직원 등 모든 사람들에게 대항하는 판결을 선언하고 다음의 처분을

허락하여 줄 것을 요청한다.

A. 피고 ㈜제노 레이가 미연방 특허 제 7,154,100 호, 제 7,336,764 호, 제 8,530,850 호를

위반하였다는 판결

B. 피고 제노 레이 아메리카가 미연방 특허 제 7,154,100 호, 제 7,336,764 호, 제 8,530,850 호를

위반하였다는 판결

C. 피고 PSC 가미연방 특허 제 7,154,100 호, 제 7,336,764 호, 제 8,530,850 호를 위반하였다는

판결

D. 피고 ㈜제노 레이, 제노 레이 아메리카, PSC 및 각 피고와 직·간접 협력 또는 가담하는 모든

주체들이 앞으로 미연방 특허 제 7,154,100 호, 제 7,336,764 호, 제 8,530,850 호를 위반하지

못하도록 하는 영구적 금지 명령

E. 이미 발생한 침해에 대한 보상에 해당한 손해 배상금을 공지일로부터 판결 전까지 발생한

침해로 인한 손해 및 이자를 합산하여 원고에게 지급 판정

F. 각 피고의 매출 및 이익의 회계

G. 피고의 각 소송 중 특허 고의적 침해에 대한 가중 손해를 포함하여 연방법 35 조 284 항이

허용하는 모든 기타 손해

H. 본 사건이 이례적이라는 판결 및 원고에 대한 변호인 비용 및 연방법 35 조 285 항에 규정된

비용 지급 판결

I.    그밖에 정당하고 공평한 기타 구제적 판결

일자: 2016 년 5 월 20 일

작성자: /s/ Ryan T. Santurri

Ryan T. Santurri

플로리다 변호사 면허 제 015698 호

rsanturri@addmg.com

ALLEN, DYER, DOPPELT,
MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, #1401
Orlando, FL 32801

전화번호: (407) 841-2330

팩스:      (407) 841-2343

원고 Oy Ajat Ltd 의 현지 법률 대리인


Douglas V. Rigler (본 소송 임시 자격 청구)

drigler@young-thompson.com

Jeffrey M. Goehring (본 소송 임시 자격 청구)

jegoehring@young-thompson.com

YOUNG & TOMPSON
209 Madison Street, Suite 500
Alexandria, Virginia 22314

전화번호:      (703) 521-2297

팩스:      (703) 685-0573

원고 Oy Ajat Ltd 의 재판 법률 대리인

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Florida ☒

|  |  |
|---|---|
| Oy Ajat Ltd | ) |
|  | ) |
|  | ) |
|  | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Genoray Co. Ltd. | ) |
| Genoray America, Inc. | ) |
| Professional Sales and Consultant Group, Inc. | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |

Civil Action No. 6:16Cv 869-ORL-37 DAB

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Genoray Co. Ltd.
Attn.: Byung Uk Park, CEO
512 Byuckstan, Technopia 434-6, Sandaewon 1-Dong
Jungwon-Gu, Seongnam, South Korea
82-31-740-410


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas V. Rigler
Jeffrey M. Goehring
Young & Thompson
209 Madison St., Suite 500
Alexandria, VA 22314
703-521-2297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5·20·16

_____
_Signature of Clerk or Deputy Clerk_

FILED

### THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2016 MAY 20  PM 3: 33

MIDDLE DISTRICT, FL
ORLANDO, FL

| | |
|---|---|
| OY AJAT LTD., <br><br> Plaintiff, <br><br> v. <br><br> GENORAY CO. LTD., a South Korean company, <br> GENORAY AMERICA, INC., a California company and PROFESSIONAL SALES AND CONSULTANT GROUP, INC., a Florida company <br><br> Defendants. | Civil Action No. <br> 6:16-CV-869-ORL-37-DAB <br><br> **INJUNCTION RELIEF** <br> **REQUESTED** |

### <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff Oy Ajat Ltd. ("Ajat"), for its Complaint against defendants Genoray Co. Ltd., Genoray America, Inc. (hereinafter collectively "Genoray" unless otherwise specified), and Professional Sales and Consultant Group, Inc. ("PSC") alleges as follows:

### THE PARTIES

1.      Plaintiff Oy Ajat Ltd. is a Finnish corporation with its principal place of business at Tekniikantie 4 B, 02150 Espoo, Finland and is the owner of the Patents-in-suit.

2.      Upon information and belief, defendant Genoray Co. Ltd. is a South Korean corporation with its principal place of business at 512 Byucksan, Technopia 434-6, Sangdaewon 1-Dong, Jungwon-Gu, Seongnam, South Korea.

3.      Defendant Genoray America, Inc. is a California corporation with its principal place of business at 3002 Dow Ave., Ste. 420, Tustin, California 92780.

4.      Defendant Professional Sales and Consultant Group, Inc. is a Florida corporation with its principal place of business at 1101 Central Park Drive, Sanford, FL 32771.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 101 *et seq.*

6.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.      The Genoray entities and PSC conduct business in this judicial district and have committed the acts complained of in this judicial district.

8.      Venue lies in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## BACKGROUND

9.      Ajat is a Finnish company that designs, develops, and manufactures sensors for dental x-ray imaging systems.

10.     Ajat is the assignee of and holds all rights title and interest to U.S. Patent Nos. 7,154,100 B2 (the '100 Patent); 7,336,763 B2 (the '763 Patent), and 8,530,850 B2 (the '850 Patent) (collectively the "Patents-in-suit").

11.     The '100 Patent is titled "Switching/Depolarizing Power Supply for a Radiation Imaging Device" and discloses and claims an x-ray imaging system that includes a voltage switching power supply capable of depolarizing the x-ray detector used in the system.

12.     The '763 Patent is titled "Dental Extra-Oral X-Ray Imaging System and Method" and discloses and claims a system for dental imaging using multiple image frames.

2

13.     The '850 Patent is titled "High Energy, Real Time Capable, Direct Radiation Conversion X-Ray Imaging System for CD-TE and CD-ZN-TE Base Cameras" and discloses and claims an x-ray imaging device with specific calibration and correction features.

14.     On information and belief, Genoray Co. Ltd. sells and offers to sell in the U.S. and, in conjunction with its subsidiary, imports into the U.S. dental imaging products including the Papaya and Papaya Plus dental x-ray imaging products which infringe the Patents-in-suit.

15.     On information and belief, Genoray America, Inc. is a subsidiary of or controlled by Genoray Co. Ltd.  Genoray America Inc. imports, sells, and offers to sell dental imaging products which infringe the Patents-in-suit and sells them to U.S. customers who use the products.

16.     Genoray Co. Ltd. and Genoray America, Inc. utilize a common website to offer the accused infringing products for sale in the United States. The common website identifies Genoray America, Inc. as a unit of Genoray Co. Ltd.'s overseas sales team.  Purchase inquiries to Genoray America, Inc. are sent to "inquiry@genoray.com".

17.     Genoray America Inc. advertises itself as unified with Genoray Co. Ltd. on a website copyrighted by Genoray Co. Ltd.  The Genoray America sales advertisement is signed by Mr. Byung Uk Park, the Genoray Co. Ltd. CEO.  Both Genoray entities are commonly referred to as the "Company."

18.     Genoray America Inc. actively seeks dealers and distributors throughout the United States for its dental imaging products.   Although the total number of its dealers/distributors in Florida is not known, Ajat has identified at least three dealer/distributors in Florida, each of which is offering to sell and is selling the accused infringing products.

19.     PSC sells and offers to sell the accused Papaya and Papaya Plus dental x-ray

imaging products.  PSC describes itself as "Florida's most experienced Dental Equipment Sales and Services Professionals" and advertises that through its main office and its two satellite offices in Pompano Beach and Pembroke Park, Florida, it covers all areas of Florida. PSC is currently conducting a special sales promotion for the accused Genoray Papaya & Papaya Plus products.

20.     Coastal Dental Supply of Alva, Florida, sells and offers to sell the accused Genoray Papaya and Papaya Plus dental x-ray imaging products.

21.     IDS (International Dental Supply) of Hialeah, Florida and Genoray sells and offers to sell the accused Genoray Papaya and Papaya Plus in Florida and ships these products from its Florida location to customers and users in Florida and in other States.

22.     Genoray and IDS jointly rent an exhibition booth for the accused infringing products at the annual convention of the Florida Dental Association.

23.     Genoray Co. Ltd. regularly rents exhibition space and attends the Florida International Medical Expo in Miami which is the largest international medical event in the United States and is attended by 20,000 medical industry professionals.

### INFRINGEMENT OF THE '100, '763, and '850 PATENTS UNDER 35 U.S.C., 271(a), (b) AND (c)

24.     Genoray's Papaya and Papaya Plus dental x-ray imaging systems are examples of infringing products.

25.     Genoray Co. Ltd. is offering to sell and importing into the United States devices that infringe literally or through the doctrine of equivalents, one or more claims of each Patent-in-suit and has induced third party infringement and/or contributed to third party infringement of one or more claims of each Patent-in-suit.

4

26.     Genoray America, Inc. has been selling, offering to sell, using, and/or importing into the United States products that infringe literally or through the doctrine of equivalents, one or more claims of each Patent-in-suit and has induced third party infringement or contributed to third party infringement of one or more claims of each Patent-in-suit.

27.     PSC Group Inc. has been selling and offering to sell products that infringe literally or through the doctrine of equivalents, one or more claims of the Patents-in-suit and has induced third party infringement.

28.     Purchasers of the Papaya and Papaya Plus devices use, offer to sell, or sell the devices and thereby directly infringe the Patents-in-suit.

29.     The Papaya and Papaya Plus have no substantial non-infringing uses.

30.     Defendant Genoray Co. Ltd., which is the ultimate parent or controlling entity of Genoray America, Inc., was notified of its infringement of the Patents-in-suit by letter dated April 17, 2015.

31.     Notwithstanding such notification the Genoray entities have persisted in selling, offering to sell, using, or importing the infringing products into the United States, and have induced purchases and use of the accused products, which infringe one or more claims of the Patents-in-suit.

32.     Defendants' acts of infringement have caused damage to Plaintiff in an amount to be determined at trial.

33.     Defendants' infringement of the Patents-in-suit is causing irreparable harm to Plaintiff, for which there is no adequate remedy at law.  Defendants' infringement will continue, and will continue to cause irreparable harm to Plaintiff, unless Defendants' infringement is enjoined by this Court.

34. The Genoray defendants' infringement of the Patents-in-suit is willful, entitling Plaintiff to enhanced damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35 U.S.C. § 285.

## RELIEF REQUESTED

WHEREFORE, Plaintiff Oy Ajat Ltd. requests this Court to enter judgment against Genoray Co. Ltd., Genoray America, Inc., and Professional Sales and Consultant Group, Inc. ("PSC"), and any parent corporation, subsidiary, affiliate, agent, employees and all persons in active concert or participation with each defendant and to grant the following relief.

A. A judgment that the defendant Genoray Co. Ltd. has infringed U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850.

B. A judgment that the defendant Genoray America, Inc. has infringed U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850.

C. A judgment that the defendant PSC has infringed U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850.

D. A permanent injunction against further infringement of U.S. Patent Nos. 7,154,100; 7,336,763, and 8,530,850 by defendants Genoray Co. Ltd., Genoray America, Inc., and PSC and all those in active concert or participation with them.

E. An award of damages to plaintiff adequate to compensate it for the infringement that has occurred, together with prejudgment interest, including damages for infringement of the Patents-in-suit from the date of notice.

F. An accounting of each defendant's sales and profits.

G. All other damages permitted by 35 U.S.C. § 284; including enhanced damages for the defendants' willful infringement of each Patent-in-suit.

H. A finding that this case is exceptional and an award to plaintiff of attorney's fees and costs as provided by 35 U.S.C. § 285.

I.   Such other relief as may be just and equitable.

Dated: May 20, 2016

By:   /s/Ryan T. Santurri
     Ryan T. Santurri,
     Florida Bar No. 015698
     rsanturri@addmg.com
     ALLEN, DYER, DOPPELT,
     MILBRATH & GILCHRIST, P.A.
     255 South Orange Avenue, #1401
     Orlando, FL 32801
     Telephone:   Telephone:   (407) 841-2330
     Facsimile:   Facsimile:   (407) 841-2343
     Local Counsel for Plaintiff Oy Ajat Ltd.


     Douglas V. Rigler (pro hac vice motion to be filed)
     drigler@young-thompson.com
     Jeffrey M. Goehring (pro hac vice motion to be filed)
     jgoehring@young-thompson.com
     YOUNG & THOMPSON
     209 Madison Street, Suite 500
     Alexandria, Virginia 22314
     Telephone: (703) 521-2297
     Facsimile: (703) 685-0573

     Trial Counsel for Plaintiff Oy Ajat Ltd.

NATIONAL COURT ADMINISTRATION
219 Seocho-daero, Seocho-gu
Seoul, KOREA. 137-750

국제심의딸당실



RECEIVED

AUG 3 2016

YOUNG & THOMPSON

Jeffrey M. Goehring
Young & Thompson
Suite 500, Alexandria, VA 22314
USA

