# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

OY AJAT LTD.,

        Plaintiff,

v.                                         Case No. 6:16-cv-869-Orl-37DCI

GENORAY CO. LTD.; GENORAY AMERICA, INC.; and PROFESSIONAL SALES AND CONSULTANT GROUP, INC.,

        Defendants.

## ORDER

This cause is before the Court on its own motion.

On January 19, 2017, the parties to this patent infringement action moved for the extension of certain deadlines in their claim construction briefing schedule. (Doc. 80 ("**Motion for Extension**").) As grounds for the motion, the parties represented that they had reached a "settlement in principle" and "are in the process of finalizing the terms of a written settlement agreement and consent judgment papers." (*Id.*) U.S. Magistrate Judge Daniel C. Irick granted the Motion for Extension on January 20, 2017. (Doc. 81.)

Nonetheless, several motions remain pending in this action. (*See* Docs. 55, 56, 60, 76.) In the interest of preserving judicial resources, on or before Wednesday, **January 25, 2017**, the parties are **DIRECTED** to show cause by written response why the pending motions should not be terminated without prejudice in light of the parties' agreement to settle this action.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 23, 2017.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Case 6:16-cv-00869-RBD-DCI   Document 82   Filed 01/23/17   Page 2 of 2 PageID 1389